IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEREK S. THOME, *As Administrator of the Estate of Charity L. Thome, Deceased*, c/o Kline & Specter, P.C., 1525 Locust Street, Philadelphia, PA 19102 | : : : : : : | |
| *Plaintiff*, v. | : : : : | CIVIL ACTION NO. 1:20-cv-02167-SHR |
| PENNSYLVANIA STATE POLICE OFFICERS JOHN DOE 1 THROUGH 20 1800 Elmerton Avenue Harrisburg, PA 17110 | : : : : : | |
| *Defendants*. | | |

# ORDER

AND NOW, this _____ day of _____, 202__, upon consideration of Plaintiff's Motion to Compel Nonparty City of Lebanon Police Department's Compliance with Subpoena, it is hereby **ORDERED** that Plaintiff's Motion is **GRANTED**. City of Lebanon Police Department shall produce the documents, information, and/or objects demanded by Plaintiff's subpoena to Plaintiff, through his counsel, within fourteen (14) days of the date of this order under penalty of contempt.

_____
Hon. Sylvia H. Rambo
United States District Judge