IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEREK S. THOME, *As Administrator of the Estate of Charity L. Thome, Deceased*, c/o Kline & Specter, P.C., 1525 Locust Street, Philadelphia, PA 19102 : : : : : : : : *Plaintiff*, : v. : : PENNSYLVANIA STATE POLICE : OFFICERS JOHN DOE : 1 THROUGH 20 : 1800 Elmerton Avenue : Harrisburg, PA 17110 : : *Defendants*. | CIVIL ACTION NO. 1:20-cv-02167-SHR |

## **ORDER**

AND NOW, this 20th day of January, 2021, upon consideration of Plaintiff's Motion to Compel Nonparty City of Lebanon Police Department's Compliance with Subpoena, it is hereby **ORDERED** that Plaintiff's Motion is **GRANTED**. City of Lebanon Police Department shall produce the documents, information, and/or objects demanded by Plaintiff's subpoena to Plaintiff, through his counsel, within fourteen (14) days of the date of this order under penalty of contempt.

                                                            s/Sylvia H. Rambo
                                                            Hon. Sylvia H. Rambo
                                                            United States District Judge