IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEREK S. THOME, *As Administrator of the Estate of Charity L. Thome, Deceased*, c/o Kline & Specter, P.C., 1525 Locust Street, Philadelphia, PA 19102<br><br>*Plaintiff*,<br>v.<br><br>PENNSYLVANIA STATE POLICE OFFICERS JOHN DOE 1 THROUGH 20<br>1800 Elmerton Avenue<br>Harrisburg, PA 17110<br><br>*Defendants*. | CIVIL ACTION NO. 1:20-cv-02167-SHR |

## ORDER

AND NOW, this 20th day of January, 2021, upon consideration of Plaintiff's Motion to Compel Nonparty Pennsylvania State Police's Compliance with Subpoena, it is hereby **ORDERED** that Plaintiff's Motion is **GRANTED**. The Pennsylvania State Police shall produce the documents, information, and/or objects demanded by Plaintiff's subpoena to Plaintiff through his counsel, without withholding or redacting documents based on the Pennsylvania Criminal History Record Information Act, within fourteen (14) days of the date of this order under penalty of contempt.

    s/Sylvia H. Rambo
    Hon. Sylvia H. Rambo
    United States District Judge