IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DEREK S. THOME, as administrator of the Estate of Charity L. Thome, Deceased,** | : | Civil No. 1:20-cv-2167 |
| **Plaintiff,** | : | |
| v. | : | |
| **PENNSYLVANIA STATE POLICE OFFICER JAY D. SPLAIN et al.,** | : | |
| **Defendants.** | : | Judge Sylvia H. Rambo |

# O R D E R

**AND NOW**, this 27th day of July, 2021, upon consideration of Defendants' motion to dismiss for failure to state a claim (Doc. 16) and in accordance with the accompanying memorandum, **IT IS HEREBY ORDERED** that the motion is **GRANTED** as follows: Count II of Plaintiff's First-Amended Complaint alleging violation of the Fourteenth Amendment based on state-created danger is **DISMISSED** without prejudice to Plaintiff's right to amend his pleading within twenty-one days of the date of this order.

s/Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge
