IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Derek S. Thome | : | **CIVIL ACTION NO.** 1:20-CV-2167 |
| Plaintiff | : | |
| v. | : | |
| Officer Jay D. Splain, et al. | : | |
| Defendants | : | |

## CASE MANAGEMENT ORDER

The court having granted the parties' request to extend case management deadline by order of June 27, 2022 (doc 36), the amended deadlines are as follows:

| | |
|---|---|
| Jury Selection/Trial Date | February 20, 2023 |
| Fact Discovery Deadline | July 29, 2022 |
| Dispositive Motions & Supporting Briefs | November 11, 2022 |
| Motions in Limine & Supporting Briefs | December 20, 2022 |
| Motions in Limine Response | December 30, 2022 |
| Motions in Limine Reply | January 6, 2023 |
| Pretrial Conference | January 26, 2023 @ 9:30 a.m. |
| Pretrial Memoranda | January 19, 2023 |
| Plaintiffs' Expert Report(s) | August 12, 2022 |
| Defendants' Expert Report(s) | September 15, 2022 |
| Expert Discovery Deadline | October 14, 2022 |
| Proposed Voir Dire Questions | January 19, 2023 |
| Proposed Jury Instructions | January 19, 2023 |

Dated: June 27, 2022            /s/ SYLVIA H. RAMBO, Judge
                                Middle District of Pennsylvania