IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**NOTICE**

Derek S. Thome

        vs.        CASE NUMBER: 1:20-CV-2167

Officer Jay D. Splain, et al.

TYPE OF CASE: Civil

TAKE NOTICE that a proceeding in this case has been set for the place, date and time set forth below:

**Date and Time: December 7, 2022 at 11:00 AM**

Type of Proceeding: Telephonic Status Conference

Date:  November 17, 2022         /s/ Mark J. Armbruster
        Deputy Clerk

CC:   Judge Sylvia H. Rambo
       Benjamin Present, Esq.
       Nicole Boland, Esq.