IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEREK S. THOME, *As Administrator of the Estate of Charity L. Thome, Deceased* | : : : : | CIVIL NO. 1:20-CV-2167 |
| Plaintiff | : | |
| vs. | : : | |
| OFFICER JAY D. SPLAIN and OFFICER MATTHEW HABER, | : : | Judge Sylvia H. Rambo |
| Defendants | : | |

## O R D E R

Upon consideration of the Parties' Joint Motion for Extension of the Case Management Deadlines, **IT IS HEREBY ORDERED THAT** the motion (doc.42) is **GRANTED**. The Case Management Deadlines are amended as follows:

| | |
|---|---|
| Jury Selection/Trial | June 5, 2023 at 9:30 a.m. |
| Pre-Trial Conference | May 18, 2023 at 9:30 a.m. |
| Pre-Trial Memorandum | May 11, 2023 |
| Motions in Limine/Brief in Support | April 11, 2023 |
| Motions in Limine Response | April 21, 2023 |
| Motions in Limine Reply | April 28, 2023 |
| Expert Discovery Deadline | March 22, 2023 |
| Supplemental Expert Reports | February 27, 2023 |
| Defendants' Expert Reports | January 30, 2023 |

Dated: December 13, 2022                         S/Sylvia H. Rambo
                                                                      United States District Judge