IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DEREK S. THOME** as Administrator of the Estate of Charity L. Thome, deceased, | : : : : | CIVIL ACTION NO. 1:20-CV-2167 (Judge Conner) |
| **Plaintiff** | : : | |
| v. | : : | |
| **OFFICER JAY D. SPLAIN** and **OFFICER MATTHEW HABER**, | : : : | |
| **Defendants** | : | |

## CASE MANAGEMENT ORDER

AND NOW, this 25th day of May, 2023, following a pretrial scheduling conference with counsel for all parties, it is hereby ORDERED that:

1. The following dates and deadlines shall govern the trial phase of the above-captioned civil action:

   | | |
   |---|---|
   | **Motions *in Limine* and Supporting Briefs:** | September 20, 2023 |
   | **Pretrial Memoranda:** | October 25, 2023 |
   | **Proposed *Voir Dire*:** | October 25, 2023 |
   | **Joint *Voir Dire* Statement:** | October 25, 2023 |
   | **Proposed Points for Charge:** | October 25, 2023 |
   | **Proposed Special Interrogatories and Verdict Forms:** | October 25, 2023 |
   | **Deposition Objections:** | October 25, 2023 |
   | **Pretrial Conference:** | November 1, 2023 at 10:00 a.m. |

2. Jury selection and trial shall commence at **9:30 a.m. on Monday, November 27, 2023** in Courtroom #2, Seventh Floor, at the Sylvia H. Rambo United States Courthouse, 1501 North 6th Street, Harrisburg, Pennsylvania, 17102.  Counsel are ATTACHED for trial.

3. The pretrial conference shall take place in Courtroom #, Seventh Floor, United States Courthouse, 1501 North 6th Street, Harrisburg, Pennsylvania

4.     Trials will commence following completion of jury selection for the court's monthly jury trial list. Counsel should note that criminal matters scheduled for the same day will take priority and may delay the beginning of the civil trial list.

5.     Counsel and *pro se* parties are responsible for reviewing the court's civil practice order as pertains to pretrial and trial matters.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania
