IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DEREK S. THOME**, as Administrator of the Estate of Charity L. Thome, Deceased, | : : : : | **CIVIL ACTION NO. 1:20-CV-2167** (Judge Conner) |
| **Plaintiff** | : : | |
| v. | : : | |
| **OFFICER JAY D. SPLAIN** and **OFFICER MATTHEW HABER**, | : : : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 17th day of January, 2024, it is hereby ORDERED that jury selection and trial are CONTINUED TO **Monday, July 1, 2024, at 9:30 a.m.**, in Courtroom #7A, Seventh Floor, Sylvia H. Rambo United States Courthouse, 1501 North 6th Street, Harrisburg, Pennsylvania 17102. Counsel are ATTACHED for trial.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania